**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVE CHOKPELLE *p/k/a* MUSO,<br><br>Plaintiff,<br><br>-against-<br><br>TIME IS MONEY ENTERTAINMENT, LLC, KISEAN PAUL ANDERSON *p/k/a* SEAN KINGSTON, CHRIS BROWN ENTERTAINMENT, LLC, CHRISTOPHER MAURICE BROWN *p/k/a* CHRIS BROWN, SONGS OF UNIVERSAL *d/b/a* CULTURE BEYOND UR EXPERIENCE PUBLISHING, UNIVERSAL MUSIC PUBLISHING, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC HOLDINGS, INC. *d/b/a* SONY MUSIC ENTERTAINMENT, and JOHN DOE DEFENDANTS 1-18,<br><br>Defendants. | Case No. 1:26-cv-00811-LAP<br><br>**Judge Loretta A. Preska** |

**NOTICE OF SETTLEMENT IN PRINCIPLE**

Defendants Chris Brown Entertainment, LLC, Songs of Universal *d/b/a* Culture Beyond Ur Experience Publishing, Universal Music Publishing, Inc. and Universal Music Group, Inc. (collectively, "Defendants") jointly with Plaintiff Steve Chokpelle *p/k/a* Muso ("Plaintiff"), and through their respective counsel, hereby provide notice to the Court that the parties have reached a settlement in principle that will resolve Plaintiff's claims against Defendants, as well as co-defendant Chris Brown ("Brown"), in their entirety.

The current briefing schedule exists on the Defendants' pending motion to dismiss (D.E. 43): (i) Plaintiff's opposition is due June 9, 2026; and (ii) the Defendants' reply in further support

of their motion to dismiss is due June 23, 2026.[1]  The settlement will bring an end to this matter as it pertains to Defendants and Brown in their entity.

In light of their agreement, the parties request that the Court stay the briefing schedule, as well as any related deadlines, for thirty (30) days to allow the parties to memorialize their settlement in writing, after which the parties intend to file a stipulation of dismissal. This request is made in good faith, not for the purpose of delay, and seeks to promote judicial economy.

This Settlement In Principle shall in no manner extend to Plaintiffs' pending claims against co-defendants Time is Money Entertainment, LLC, Kisean Paul Anderson *p/k/a* Sean Kingston and John Does Defendants 1-18,  which claims have not been resolved.

Dated:  June 8, 2026
      New York, New York

**LAW OFFICE OF SIMON ROSEN, PLLC**      **PRYOR CASHMAN LLP**

By: /s/ *Simon Rosen*      By: /s/ *James G. Sammataro*
   Simon Rosen      James G. Sammataro
   128 Greenwood Avenue      Kevin R. Savarese
   2nd Floor      7 Times Square
   Wyncote, PA 19095      New York, NY 10036
   simononkey@aol.com      jsammataro@pryorcashman.com
      ksavarese@pryorcashman.com

*Attorney for Plaintiff*      *Attorneys for Defendants*

---

[1] Brown's Motion to Quash and Dismiss for Insufficient Service of Process Pursuant to Fed. R. Civ. P. 12(B)(5) is fully briefed.  (*See* D.E. 32, 41 and 42).