IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

STEVE CHOKPELLE, professionally known as "MUSO",

**PLAINTIFF,** **: CIVIL NO: 26-cv-00811-LAP**

vs. :

TIME IS MONEY ENTERTAINMENT, LLC et al., :

**DEFENDANTS.**

-----------------------------------------------------------

**AMENDED NOTICE OF VOLUNTARY DISMISSAL**
**(F.R.CIV.PRO. 41(a)(1)(A)**

To The Clerk of The Court:

Kindly mark this matter as DISMISSED WITH PREJUDICE as against Defendants CHRIS BROWN ENTERTAINMENT LLC, CHRISTOPHER MAURICE BROWN professionally known as "CHRIS BROWN", SONGS OF UNIVERAL INC., individually and doing business as "CULTURE BEYOND UR EXPERIENCE PUBLISHING", UNIVERSAL MUSIC PUBLISHING, INC, UNIVERSAL MUSIC GROUP, INC., and SONY MUSIC HOLDINGS, INC. d/b/a SONY MUSIC ENTERTAINMENT.

Kindly mark this matter as DISMISSED WITHOUT PREJUDICE as against Defendants TIME IS MONEY ENTERTAINMENT, LLC, KISEAN PAUL ANDERSON professionally known as “SEAN KINGSTON”.

Dated: September 28, 2026

Respectfully submitted**,**

**LAW OFFICE OF SIMON ROSEN, PLLC**

By: /Simon J. Rosen, Esq./
Counsel for Steve Chokpelle p/k/a “Muso”
Plaintiff

**CERTIFICATE OF SERVICE**

I, Simon J. Rosen, Esq., counsel for plaintiff herein, hereby certify that a true and correct copy of Amended Notice of Voluntary Dismissal was duly served upon Defendants CHRIS BROWN ENTERTAINMENT LLC, CHRISTOPHER MAURICE BROWN professionally known as "CHRIS BROWN", SONGS OF UNIVERAL INC., individually and doing business as "CULTURE BEYOND UR EXPERIENCE PUBLISHING", UNIVERSAL MUSIC PUBLISHING, INC, UNIVERSAL MUSIC GROUP, INC., and SONY MUSIC HOLDINGS, INC. d/b/a SONY MUSIC ENTERTAINMENT by ECF filing on 9/28/2026 and by email to said Defendants' counsel of record, James Sammataro, Esq., of Pryor Cashman, by email to JSammataro@PryorCashman.com.

I, Simon J. Rosen, Esq., counsel for plaintiff herein, hereby certify that a true and correct copy of Notice of Voluntary Dismissal is being duly served upon Defendants TIME IS MONEY ENTERTAINMENT, LLC and KISEAN PAUL ANDERSON professionally known as "SEAN KINGSTON" on 9/28/2026 by U.S. regular first class mail, postage prepaid, with Certificate of Mailing, to said Defendants' addresses of record.

Dated: 9/28/2026

/Simon J. Rosen, Esq./
Counsel for Steve Chokpelle pka "Muso"
Plaintiff